# EXHIBIT A

## TO

## COMPLAINT

## U.S. Patent No. 10,710,545 and Ex Parte Reexamination Certificate 10,710,545 C1



US010710545B2

(12) **United States Patent**
Friedman

(10) **Patent No.:** **US 10,710,545 B2**
(45) **Date of Patent:** *Jul. 14, 2020

(54) **LOCKING HARNESS**

(71) Applicant: **FRIEDMAN IP HOLDINGS, LLC**, Niskayuna, NY (US)

(72) Inventor: **Mark J. Friedman**, Niskayuna, NY (US)

(73) Assignee: **Friedman IP Holdings, LLC**, Niskayuna, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 46 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/273,291**

(22) Filed: **Feb. 12, 2019**

(65) **Prior Publication Data**

US 2019/0168706 A1      Jun. 6, 2019

**Related U.S. Application Data**

(60) Continuation of application No. 15/602,294, filed on May 23, 2017, now Pat. No. 10,259,423, which is a continuation of application No. 14/984,232, filed on Dec. 30, 2015, now Pat. No. 9,669,797, which is a continuation of application No. 14/481,016, filed on Sep. 9, 2014, now Pat. No. 9,561,776, which is a division of application No. 13/653,540, filed on Oct. 17, 2012, now Pat. No. 8,851,575, which is a division
(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| *B60R 22/48* | (2006.01) |
| *B60R 22/12* | (2006.01) |
| *B60N 2/28* | (2006.01) |
| *B60R 22/10* | (2006.01) |
| *B60R 22/36* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *B60R 22/12* (2013.01); *B60N 2/2803* (2013.01); *B60N 2/2812* (2013.01); *B60R 22/105* (2013.01); *B60R 22/36* (2013.01); *B60R 22/48* (2013.01); *A44D 2200/12* (2013.01); *B60N 2002/2815* (2013.01); *Y10S 24/38* (2013.01); *Y10T 24/4012* (2015.01); *Y10T 24/45529* (2015.01); *Y10T 29/49826* (2015.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,594,006 A | 11/1897 | Gorton | |
| 2,084,412 A | 6/1937 | Schaefer | |
| (Continued) | | | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2008105552 | 5/2005 |

*Primary Examiner* — David E Allred
(74) *Attorney, Agent, or Firm* — Mark J. Friedman

(57) **ABSTRACT**

A retainer apparatus including a first retainer portion, a second retainer portion, and a sensor comprising a motion detector and an alarm. The retainer apparatus includes the first retainer portion configured to be slidably attached to a first harness strap and a second retainer portion configured to be slidably attached to a second harness strap. The first retainer portion is removably attached to the second retainer portion. The motion detector is configured to detect movement of the retainer apparatus and activate the alarm to alert a user in a vehicle if movement of the retainer apparatus is detected.

**20 Claims, 7 Drawing Sheets**



**US 10,710,545 B2**

Page 2

### Related U.S. Application Data

of application No. 12/703,227, filed on Feb. 10, 2010, now Pat. No. 8,333,433.

### (56) References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,228,379 A | 1/1941 | Woodard | |
| 2,403,712 A | 7/1946 | Elwell | |
| 3,586,220 A | 6/1971 | Reinsberg | |
| 3,649,076 A | 3/1972 | Blake | |
| 3,672,004 A | 6/1972 | Smith | |
| 3,872,197 A | 3/1975 | Kato et al. | |
| 3,988,098 A | 10/1976 | Kato et al. | |
| 3,996,929 A | 12/1976 | Mabuchi | |
| 4,323,204 A | 4/1982 | Takada | |
| 4,491,343 A | 1/1985 | Foehl | |
| 4,492,348 A | 1/1985 | Ziv et al. | |
| 4,554,779 A | 11/1985 | Fischer | |
| 4,569,106 A | 2/1986 | Lovato | |
| 4,569,629 A | 2/1986 | Ferris et al. | |
| 4,800,629 A | 1/1989 | Ikeda | |
| 4,810,036 A | 3/1989 | Buser | |
| 4,973,083 A | 11/1990 | Richards et al. | |
| 5,029,896 A | 7/1991 | Ernst | |
| 5,037,135 A | 8/1991 | Kotikovsky et al. | |
| 5,151,678 A | 9/1992 | Veltri et al. | |
| 5,411,292 A | 5/1995 | Collins et al. | |
| 5,498,017 A | 3/1996 | Rohrmoser | |
| 5,566,427 A | 10/1996 | Lathrop | |
| 5,669,118 A | 9/1997 | Frano et al. | |
| 5,735,024 A | 4/1998 | Ortiz | |
| 5,774,947 A | 7/1998 | Anscher | |
| 5,839,789 A | 11/1998 | Koledin | |
| 5,839,793 A | 11/1998 | Merrick et al. | |
| 5,852,852 A | 12/1998 | Rigal | |
| 5,873,635 A | 2/1999 | Merrick | |
| 6,002,325 A | 12/1999 | Conaway | |
| 6,079,662 A | 6/2000 | Miller et al. | |
| 6,079,744 A | 6/2000 | Husby et al. | |
| 6,142,524 A | 11/2000 | Brown et al. | |
| 6,220,662 B1 | 4/2001 | Franco-Vila et al. | |
| 6,357,091 B1 | 3/2002 | Devereaux | |
| 6,367,882 B1 | 4/2002 | Van Druff et al. | |
| 6,447,060 B1 | 9/2002 | Vila et al. | |
| 6,543,097 B2 | 4/2003 | Burt et al. | |
| 6,662,413 B2 | 12/2003 | Glover | |
| 6,809,640 B1 * | 10/2004 | Sherman | B60R 22/48 340/457.1 |
| 6,824,222 B2 | 11/2004 | Maloney et al. | |
| 6,853,298 B1 * | 2/2005 | Stojanowski | B60R 22/48 180/268 |
| 6,922,154 B2 | 7/2005 | Kraljic et al. | |

| | | | |
|---|---|---|---|
| 7,340,809 B2 * | 3/2008 | Tracy | B60N 2/2812 200/61.58 B |
| 7,367,092 B1 | 5/2008 | Dilday | |
| 7,445,275 B2 | 11/2008 | Smith et al. | |
| 7,466,221 B1 | 12/2008 | Lehr | |
| 7,642,907 B2 | 1/2010 | Tang et al. | |
| 7,964,130 B2 | 6/2011 | You | |
| 8,195,365 B2 | 6/2012 | Bernhagen et al. | |
| 8,262,133 B2 | 9/2012 | Usoro et al. | |
| 8,333,433 B2 | 12/2012 | Friedman | |
| 8,648,735 B2 | 2/2014 | Haynes et al. | |
| 8,659,414 B1 * | 2/2014 | Schuk | G08B 21/22 340/457 |
| 8,714,114 B1 | 5/2014 | Wang et al. | |
| 8,851,575 B2 | 10/2014 | Friedman | |
| 9,440,777 B2 | 9/2016 | Friedman | |
| 9,539,983 B2 * | 1/2017 | Demeritte | B60R 22/48 |
| 9,669,797 B2 | 6/2017 | Friedman | |
| 10,127,742 B2 * | 11/2018 | Seibert | H04L 67/12 |
| 10,173,640 B1 * | 1/2019 | Zhang | B60R 22/48 |
| 2002/0029443 A1 | 3/2002 | Ortiz | |
| 2003/0075969 A1 | 4/2003 | Fromme et al. | |
| 2003/0122662 A1 | 7/2003 | Quinonez | |
| 2003/0160689 A1 | 8/2003 | Yazdgerdi | |
| 2005/0091808 A1 | 5/2005 | Uehara et al. | |
| 2005/0229867 A1 | 10/2005 | Green | |
| 2005/0280297 A1 | 12/2005 | Patterson et al. | |
| 2006/0218761 A1 | 10/2006 | Anscher | |
| 2006/0231373 A1 | 10/2006 | Taylor et al. | |
| 2006/0289575 A1 | 12/2006 | Chou | |
| 2007/0096891 A1 | 5/2007 | Sheriff et al. | |
| 2007/0102989 A1 | 5/2007 | Smith et al. | |
| 2007/0102990 A1 | 5/2007 | Smith et al. | |
| 2007/0193004 A1 | 8/2007 | Chou | |
| 2007/0283540 A1 | 12/2007 | Chang | |
| 2008/0223888 A1 | 9/2008 | Meunier | |
| 2009/0079557 A1 | 3/2009 | Miner | |
| 2009/0179406 A1 | 7/2009 | Haraoka et al. | |
| 2010/0244543 A1 | 9/2010 | Fine et al. | |
| 2010/0253498 A1 | 10/2010 | Rork et al. | |
| 2011/0193396 A1 | 8/2011 | Friedman | |
| 2013/0038101 A1 | 2/2013 | Friedman | |
| 2013/0291344 A1 | 11/2013 | Hortnagl | |
| 2014/0035338 A1 | 2/2014 | Greenwood et al. | |
| 2014/0375093 A1 | 12/2014 | Friedman | |
| 2015/0013619 A1 | 1/2015 | Kahana, Jr. | |
| 2015/0113770 A1 | 4/2015 | Laatz | |
| 2015/0209052 A1 | 7/2015 | Hopman et al. | |
| 2016/0107607 A1 | 4/2016 | Friedman | |
| 2016/0183636 A1 | 6/2016 | Laatz | |
| 2017/0273694 A1 * | 9/2017 | Lynch | G16H 40/63 |
| 2017/0274867 A1 | 9/2017 | Friedman | |
| 2017/0290530 A1 * | 10/2017 | Hong | A61B 5/1116 |

* cited by examiner

**U.S. Patent** Jul. 14, 2020 Sheet 1 of 7 US 10,710,545 B2



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4A**



**FIG. 4B**



*FIG.  4C*



## FIG. 4D



**FIG. 5A**



**FIG. 5B**

US 10,710,545 B2

**1**

# LOCKING HARNESS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional application claiming priority to Ser. No. 15/602,294 filed on May 23, 2017 which is a continuation application claiming priority to Ser. No. 14/984,232 filed Dec. 30, 2015, now U.S. Pat. No. 9,669,797 issued Jun. 6, 2017 which is a continuation application claiming priority to Ser. No. 14/481,016 filed Sep. 9, 2014, now U.S. Pat. No. 9,561,776 issued Feb. 7, 2017 which is a divisional application claiming priority to Ser. No. 13/653, 540 filed Oct. 17, 2012, now U.S. Pat. No. 8,851,575 issued Oct. 7, 2014 which is a divisional application of Ser. No. 12/703,227 filed Feb. 10, 2010, and entitled "Locking Harness Apparatus and Method", now U.S. Pat. No. 8,333,433, issued Dec. 18, 2012.

## FIELD OF TECHNOLOGY

The present invention relates to a locking restraint apparatus and associated method for restraining an individual in a vehicle for preventing motion related injuries.

## BACKGROUND

Restraining users during travel typically comprises an inefficient process with little flexibility. Accordingly, there exists a need in the art to overcome at least some of the deficiencies and limitations described herein above.

## SUMMARY

The present invention provides a retainer apparatus comprising: a first retainer portion configured to be slidably attached to a first adjustable harness strap of a car seat; a second retainer portion configured to be slidably attached to a second adjustable harness strap of the car seat, wherein the first retainer portion is removably attached to the second retainer portion; a sensor comprising a motion detector and an alarm, wherein the motion detector is configured to detect movement of the retainer apparatus, and wherein the motion detector is configured to activate the alarm to alert a user in the vehicle if the movement of the retainer apparatus is detected; and a braking mechanism configured to resist the movement of the first retainer portion and the second retainer portion along the first adjustable harness strap and the second adjustable harness strap, wherein the braking mechanism comprises a braking device comprising braking portions configured for locking together thereby contacting opposite surfaces of the first adjustable harness strap and the second adjustable harness strap for applying resistance to the first adjustable harness strap and the second adjustable harness strap to hold at least one of the first retainer portion and the second retainer portion in a first stationary position along at least one of the first adjustable harness strap and the second adjustable harness strap, wherein the braking mechanism further comprises a locking portion configured to apply mechanical pressure and lock the braking portions of the braking device, and wherein the sensor and the braking mechanism are contained within at least one of the first retainer portion and the second retainer portion.

The present invention provides a car seat apparatus comprising: a first adjustable harness strap; a second adjustable harness strap; a retainer apparatus comprising a first retainer portion slidably attached to the first harness strap and a

**2**

second retainer portion slidably attached to the second harness strap, wherein the first retainer portion is removably attached to the second retainer portion, wherein the retainer apparatus further comprises a sensor comprising a motion detector and an alarm, wherein the motion detector is configured to detect movement of the retainer apparatus, and wherein the motion detector is configured to activate the alarm to alert a user in the vehicle if the movement of the retainer apparatus is detected, wherein the retainer apparatus further comprises a braking mechanism configured to resist the movement of the first retainer portion and the second retainer portion along the first adjustable harness strap and the second adjustable harness strap, wherein the braking mechanism comprises a braking device comprising braking portions configured for locking together thereby contacting opposite surfaces of the first adjustable harness strap and the second adjustable harness strap for applying resistance to the first adjustable harness strap and the second adjustable harness strap to hold at least one of the first retainer portion and the second retainer portion in a first stationary position along at least one of the first adjustable harness strap and the second adjustable harness strap, wherein the braking mechanism further comprises a locking portion configured to apply mechanical pressure and lock the braking portions of the braking device, and wherein the sensor and the braking mechanism are contained within at least one of the first retainer portion and the second retainer portion; and a car seat structure comprising a harness apparatus mechanically attached to the car seat structure, wherein the retainer apparatus, the first adjustable harness strap, and the second adjustable harness strap are comprised by the harness apparatus, and wherein the harness apparatus is configured to restrain an occupant of the car seat apparatus and prevent the occupant from being ejected from the car seat apparatus.

The present invention provides a retainer apparatus comprising: a first retainer portion configured to be slidably attached to a first adjustable harness strap of a car seat; a second retainer portion configured to be slidably attached to a second adjustable harness strap of the car seat, wherein the first retainer portion is removably attached to the second retainer portion; and a sensor comprising a motion detector and an alarm, wherein the motion detector is configured to detect movement of the retainer apparatus, wherein the motion detector is configured to activate the alarm to alert a user in the vehicle if the movement of the retainer apparatus is detected, and wherein the sensor is contained within at least one of the first retainer portion and the second retainer portion.

The present invention advantageously provides a simple apparatus and associated method capable of restraining users during travel.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a locking restraint apparatus for safely restraining an individual during travel in a vehicle, in accordance with embodiments of the present invention.

FIG. 2 illustrates the restraint apparatus of FIG. 1 safely restraining an individual during travel in a vehicle, in accordance with embodiments of the present invention.

FIG. 3 illustrates a close up view of the retainer apparatus 8 of FIG. 1 slidably attached to adjustable harness straps, in accordance with embodiments of the present invention.

FIG. 4A illustrates an alternative to FIG. 3, in accordance with embodiments of the present invention.

US 10,710,545 B2

3

FIG. 4B illustrates a cross sectional view of the retainer apparatus of FIG. 4A, in accordance with embodiments of the present invention.

FIG. 4C illustrates a first alternative cross sectional view of the retainer apparatus of FIG. 4B, in accordance with embodiments of the present invention.

FIG. 4D illustrates a second alternative cross sectional view of the retainer apparatus of FIG. 4B, in accordance with embodiments of the present invention.

FIG. 5A illustrates an alternative to FIG. 4A, in accordance with embodiments of the present invention.

FIG. 5B illustrates a cross sectional view of the retainer apparatus of FIG. 5A, in accordance with embodiments of the present invention.

DETAILED DESCRIPTION

FIG. 1 illustrates a restraint apparatus 1 for safely restraining an individual (e.g., a person) during travel in a vehicle, in accordance with embodiments of the present invention. Restraint apparatus 1 may be used in any type of vehicle including, inter alia, an automobile, an aircraft, a boat, etc. Restraint apparatus 1 comprises a seat structure 10 (e.g., a car seat), an adjustable harness strap 4a, an adjustable harness strap 4b, a retainer apparatus 8 slidably attached to adjustable harness strap 4a and adjustable harness strap 4b, and a harness portion 12. Adjustable harness strap 4a and adjustable harness strap 4b are configured to restrain an upper body portion of a person (e.g., see upper body portion 17a child 14 in FIG. 2, infra). An upper body portion (e.g., upper body portion 17a in FIG. 2) is defined herein as any portion of a body located above (i.e., in direction 20) a waist section (e.g., see waist section 17 in FIG. 2, infra). Adjustable harness strap 4a is removably attached to seat structure 10. Adjustable harness strap 4a extends from seat structure 10 through opening 30a to buckle structure 7. Adjustable harness strap 4a is removably attached to buckle structure 7. Adjustable harness strap 4b is removably attached to seat structure 10. Adjustable harness strap 4b extends from seat structure 10 through opening 30b to buckle structure 7. Adjustable harness strap 4b is removably attached to buckle structure 7. Retainer apparatus 8 comprises a retainer portion 8a, a retainer portion 8b, a braking mechanism 31, an optional motion detector/sensor/alarm apparatus 40, and an optional electrical motor/signal receiving device 34. Retainer portion 8a is slidably attached to harness strap 4a. Retainer portion 8b is slidably attached to harness strap 4b. Retainer apparatus 8 is configured to slidably move along harness strap 4a and harness strap 4b in a direction 20 and 22 and between ends 19a and 19b of harness strap 4a and ends 21a and 21b of harness strap 4b. Braking mechanism 31 is configured to adjustably prevent retainer portion 8a and retainer portion 8b from slidably moving along 4a harness strap and harness strap 4b. Braking mechanism 31 is configured to hold retainer portion 8a and retainer portion 8b at any stationary position along harness strap 4a and harness strap 4b. Braking mechanism 31 is configured to hold retainer portion 8a at any stationary position between portion 19a and portion 19b of harness strap 4a. Braking mechanism 31 is configured to hold retainer portion 8b at any stationary position between portion 21a and portion 21b of harness strap 4b. Retainer portion 8a is removably attached to retainer portion 8b (e.g., using clips 11a and 11b removably attached to openings 15a and 15b respectively as illustrated in FIGS. 3 and 4A, infra). Braking mechanism 31 comprises a braking device(s) (e.g. devices 37a, 37b, 38a, and 38b in FIG. 4B as described, infra) for applying resis-

4

tance to harness strap 4a and/or harness strap 4b for holding retainer apparatus 8 in any stationary position along harness strap 4a and harness strap 4b. Optional electrical motor/ signal receiving device 34 may comprise a signal receiving/ transmitting device (e.g., a wireless transceiver) and/or an electrical motor or solenoid. Optional electrical motor/signal receiving device 34 is configured to accept a control signal (i.e., via a signal receiving/transmitting device) from a control device (e.g., a computer/controller in a vehicle) and automatically (e.g., in accordance with the control signal enabled by a user) slidably move retainer apparatus 8 along harness strap 4a and harness strap 4b in direction 20 and/or 22 until a disable control signal is received by the signal receiving/transmitting device. Alternatively, optional electrical motor/signal receiving device 34 may be configured to accept a control signal (i.e., via a signal receiving/transmitting device) from a control device (e.g., a computer/controller in a vehicle) and automatically (e.g., in accordance with the control signal enabled by a user) slidably move (i.e., using an electrical motor) retainer apparatus 8 along harness strap 4a and harness strap 4b (i.e., in direction 20 and/or 22) a predetermined or specified distance (e.g., data comprising specified distances may be stored within a memory structure located within retainer apparatus 8 and/or a computer/controller in a vehicle). Optional motion detector sensor/alarm apparatus 40 may comprise a motion detector and/or an alarm. The motion detector detects any movement of retainer apparatus 8 (e.g., in direction 20 or 22, retainer portion 8a disconnected from retainer portion 8b, etc) and either activates a warning alarm located within sensor/alarm apparatus 40 or transmits a warning signal to a computer/controller in a vehicle to warn a user (e.g., a driver) that movement of retainer apparatus 8 has been detected thereby allowing the user to re-secure an individual (e.g., a child) in restraint apparatus 1. Harness portion 12 comprises a first portion 12a, a second portion 12b, and a third portion 12c mechanically attached (i.e., removably or not removably) to buckle structure 7. Harness portion 12 is configured to restrain a lower body portion of a person (e.g., see lower body portion 17b of child 14 in FIG. 2, infra). A lower body portion (e.g., lower body portion 17b in FIG. 2) is defined herein as any portion of a body located below (i.e., in direction 22) a waist section (e.g., see waist section 17 in FIG. 2, infra). Restraint apparatus 1 may additionally comprise an additional retainer apparatus(s) (i.e., not shown and similar to or the same as retainer apparatus 8 comprising braking mechanism 31) slidably attached to adjustable harness strap 4a and adjustable harness strap 4b to provide additional restraint capabilities for restraint apparatus 1.

FIG. 2 illustrates restraint apparatus 1 of FIG. 1 safely restraining an individual 14 during travel in a vehicle, in accordance with embodiments of the present invention. Individual 14 comprises a waist section 17 used to define an upper body portion 17a and a lower body portion 17b. Additionally, FIG. 2 illustrates an optional additional retainer apparatus(s) 210 (i.e., similar to retainer apparatus 8 as described with respect to FIG. 1, supra) slidably attached to adjustable harness strap 4a and adjustable harness strap 4b to provide additional restraint capabilities for restraint apparatus 1. Similar to retainer apparatus 8 of FIG. 1, retainer apparatus 210 (of FIG. 2) comprises a retainer portion 210a, a retainer portion 210b, a braking mechanism 211, an optional motion detector/sensor/alarm apparatus 218, and an optional electrical motor/signal receiving device 200. Retainer portion 210a is slidably attached to harness strap 4a. Retainer portion 210b is slidably attached to

US 10,710,545 B2

5

harness strap 4b. Retainer apparatus 210 is configured to slidably move along harness strap 4a and harness strap 4b in directions 20 and 22. Braking mechanism 211 is configured to adjustably prevent retainer portion 210a and retainer portion 210b from slidably moving along 4a harness strap and harness strap 4b. Braking mechanism 211 is configured to hold retainer portion 210a and retainer portion 210b at any stationary position along harness strap 4a and harness strap 4b. Retainer portion 210a is removably attached to retainer portion 210b (e.g., using clips 224a and 224b removably attached to openings 214a and 214b respectively as illustrated in FIG. 3, infra). Optional electrical motor/signal receiving device 200 may comprise a signal receiving/transmitting device (i.e., a wireless transceiver) and/or an electrical motor or solenoid. Optional electrical motor/signal receiving device 200 is configured to accept a control signal (i.e., via a signal receiving/transmitting device) from a control device (e.g., a computer/controller in a vehicle) and automatically (e.g., in accordance with the control signal enabled by a user) slidably move (i.e., using an electrical motor) retainer apparatus 210 along harness strap 4a and harness strap 4b in direction 20 and 22 until a disable control signal is received by the signal receiving/transmitting device. Alternatively, optional electrical motor/signal receiving device 200 may be configured to accept a control signal (i.e., via a signal receiving/transmitting device) from a control device (e.g., a computer/controller in a vehicle) and automatically (e.g., in accordance with the control signal enabled by a user) slidably move (i.e., using an electrical motor) retainer apparatus 210 along harness strap 4a and harness strap 4b (i.e., in direction 20 and/or 22) a predetermined or specified distance (e.g., data comprising specified distances may be stored within a memory structure located within retainer apparatus 210 and/or a computer/controller in a vehicle). Optional motion detector sensor/alarm apparatus 218 may comprise a motion detector and/or an alarm. The motion detector detects any movement of retainer apparatus 210 (e.g., in direction 20 or 22, retainer portion 210a disconnected from retainer portion 210b, etc) and either activates a warning alarm located within sensor/alarm apparatus 218 or transmits a warning signal to a computer/controller in a vehicle to warn a user (e.g., a driver) that movement of retainer apparatus 210 has been detected thereby allowing the user to re-secure an individual (e.g., a child) in restraint apparatus 1.

FIG. 3 illustrates a close up view of retainer apparatus 8 of FIG. 1 and optional retainer apparatus 210 of FIG. 2 slidably attached to adjustable harness strap 4a and adjustable harness strap 4b, in accordance with embodiments of the present invention. In FIG. 3, retainer portion 8a is disconnected from retainer portion 8b. Retainer portion 8a is disconnected from retainer portion 8b by disabling using clips 11a and 11b from openings 15a and 15b, respectively. Retainer portion 8a is moved towards retainer portion 8b in a direction 60 and retainer portion 8b is moved towards retainer portion 8a in a direction 61 in order to latch clip 11b to opening 15a and latch clip 11a to opening 15b (i.e., as illustrated in FIG. 4, infra). FIG. 3 additionally illustrates a close up view of braking mechanism 31 (i.e., comprising braking mechanism portions 31a and 31b), optional motion detector sensor/alarm apparatus 40 (i.e., comprising motion detector sensor/alarm apparatus portions 40a and 40b), and optional electrical motor/signal receiving device 34 (i.e., comprising electrical motor/signal receiving device portions 34a and 34b). Each of braking mechanism portion 31a, motion detector sensor/alarm apparatus portion 40a, and electrical motor/signal receiving device portion 34a is

6

mechanically attached to retainer portion 8a. Each of braking mechanism portion 31b, motion detector sensor/alarm apparatus portion 40b, and electrical motor/signal receiving device portion 34b is mechanically attached to retainer portion 8b. Additionally, in FIG. 3, retainer portion 210a is disconnected from retainer portion 210b. Retainer portion 210a is disconnected from retainer portion 210b by disabling clips 224a and 224b from openings 214a and 214b, respectively. Retainer portion 210a is moved towards retainer portion 210b in a direction 60 and retainer portion 210b is moved towards retainer portion 210a in a direction 61 in order to latch clip 224b to opening 214a and latch clip 224a to opening 214b. FIG. 3 additionally illustrates a close up view of braking mechanism 211 (i.e., comprising braking mechanism portions 211a and 211b), optional motion detector sensor/alarm apparatus 200 (i.e., comprising motion detector sensor/alarm apparatus portions 218a and 218b), and optional electrical motor/signal receiving device 200 (i.e., comprising electrical motor/signal receiving device portions 200a and 200b). Each of braking mechanism portion 211a, motion detector sensor/alarm apparatus portion 218a, and electrical motor/signal receiving device portion 200a is mechanically attached to retainer portion 210a. Each of braking mechanism portion 211b, motion detector sensor/alarm apparatus portion 218b, and electrical motor/signal receiving device portion 200b is mechanically attached to retainer portion 210b.

FIG. 4A illustrates an alternative to FIG. 3, in accordance with embodiments of the present invention. In contrast to FIG. 3, FIG. 4A illustrates retainer portion 8a removably attached to retainer portion 8b using clips 11a and 11b removably attached to openings 15a and 15b. Additionally, FIG. 4 illustrates cut away line 5A-5A applicable to the cross sectional views of FIGS. 4B-4D as described infra.

FIG. 4B illustrates a cross sectional view of retainer apparatus 8 taken at cut away line 5A-5A of FIG. 4A, in accordance with embodiments of the present invention. FIG. 4B illustrates a cross sectional view of retainer portions 8a and 8b, braking mechanism portions 31a and 31b, electrical motor/signal receiving device portions 34a and 34b, and adjustable harness straps 4a and 4b. Braking mechanism portion 31a comprises a first section 37a and a second section 37b. In order to engage braking mechanism portion 31a, first section 37a is moved in direction 70 until contact is made with surface 61a of adjustable harness strap 4a and second section 37b is moved in direction 71 until contact is made with surface 61b of adjustable harness strap 4a. First section 37a is locked to second section 37b (i.e., upon contact with adjustable harness strap 4a to prevent movement of retainer portion 8b) using any means including, inter alia, clips, locking devices, screws, spring loaded latches (e.g., as described with respect to FIG. 4C, infra), magnetic means, an electro/mechanical device such as a solenoid or an electrical motor, etc. Additionally, first section 37a, surface 61a, second section 37b, and/or surface 61b may each include a frictional material (e.g., sandpaper type material, rubber, teeth (e.g., as illustrated in FIG. 4D, infra), etc) to create friction and cause resistance to movement. Alternatively, first section 37a, surface 61a, second section 37b, and/or surface 61b may each include a magnetic material (e.g., standard magnetic material, electromagnetic structure such as an electromagnet, etc) to cause resistance to movement. The aforementioned contact and locking process causes a resistance to movement between adjustable harness strap 4a (i.e., on any portion of adjustable harness strap 4a such as edge sections 67a and 67b or any surface of adjustable harness strap 4a) and braking mechanism portion

US 10,710,545 B2

**7**

31*a* thereby holding (or locking) retainer portion 8*b* in a stationary position at a user selected location anywhere on adjustable harness strap 4*a*. Braking mechanism portion 31*b* comprises a first section 38*a* and a second section 38*b*. In order to engage braking mechanism portion 31*b*, first section 38*a* is moved in direction 20 70 until contact is made with surface 62*a* of adjustable harness strap 4*b* and second section 38*b* is moved in direction 71 until contact is made with surface 62*b* of adjustable harness strap 4*b*. First section 38*a* is locked to second section 38*b* (i.e., upon contact with adjustable harness strap 4*b* to prevent movement of retainer portion 8*a*) using any means including, inter alia, clips, locking devices, screws, spring loaded latches (e.g., as described with respect to FIG. 4C, infra), magnetic means, a solenoid, etc. Additionally, first section 38*a*, surface 62*a*, second section 38*b*, and/or surface 62*b* may each include a frictional material (e.g., sandpaper type material, rubber, teeth (e.g., as illustrated in FIG. 4D, infra), etc) to create friction and cause resistance to movement. Alternatively, first section 38*a*, surface 62*a*, second section 38*b*, and/or surface 62*b* may each include a magnetic material (e.g., standard magnetic material, electromagnetic structure, etc) to cause resistance to movement. The aforementioned contact and locking process causes a resistance to movement between adjustable harness strap 4*b* (i.e., on any portion of adjustable harness strap 4*b* such as edge sections 67*c* and 67*d* or any surface of adjustable harness strap 4*b*) and braking mechanism portion 31*b* thereby holding (or locking) retainer portion 8*a* in a stationary position at user selected location anywhere on adjustable harness strap 4*b*.

FIG. 4C illustrates a first alternative cross sectional view of retainer apparatus 8 of FIG. 4B taken at cut away line 5A-5A of FIG. 4A, in accordance with embodiments of the present invention. In contrast to FIG. 4B, braking mechanism portion 31*a* comprises a latch (compression) mechanism 43*a* and a spring assembly 41*a* and braking mechanism portion 31*b* comprises a latch (compression) mechanism 43*b* and a spring assembly 41*b*. Latch mechanism 43*a* and spring 41*a* (i.e., compressed) are used to lock (or latch) first section 37*a* to second section 37*b* (i.e., as illustrated in FIG. 4C). In order to release first section 37*a* from second section 37*b*, latch mechanism 43*a* is disengaged from braking mechanism portion 31*a* and moved in a direction 46 thereby relieving pressure on first section 37*a* and second section 37*b* (and spring 41*a*). As latch mechanism 43*a* is moved in direction 46, compressed spring 41*a* is decompressed aiding in movement of latch mechanism 43*a* (in direction 46) and relieving pressure on first section 37*a* and second section 37*b*. The aforementioned process enables retainer portion 8*b* to slidably move along adjustable harness strap 4*a*. In order to lock or latch first section 37*a* to second section 37*b* (and enable braking mechanism portion 31*a*), latch mechanism 43*a* is moved in a direction 45 and locked to braking mechanism portion 31*a* thereby enabling pressure on first section 37*a* and second section 37*b* (and spring 41*a*). Latch mechanism 43*b* and spring 41*b* (i.e., compressed) are used to lock (or latch) first section 38*a* to second section 38*b* (i.e., as illustrated in FIG. 4C). In order to release first section 38*a* from second section 38*b*, latch mechanism 43*b* is disengaged from braking mechanism portion 31*b* and moved in a direction 47 thereby relieving pressure on first section 38*a* and second section 38*b* (and spring 41*b*). As latch mechanism 43*b* is moved in direction 47, compressed spring 41*b* is decompressed aiding in movement of latch mechanism 43*b* (in direction 47) and relieving pressure on first section 38*a* and second section 38*b*. The aforementioned process enables retainer portion 8*a* to slidably move along adjustable

**8**

harness strap 4*b*. In order to lock or latch first section 38*a* to second section 38*b* (and enable braking mechanism portion 31*b*), latch mechanism 43*b* is moved in a direction 48 and locked to braking mechanism portion 31*b* thereby enabling pressure on first section 38*a* and second section 38*b* (and spring 41*b*).

FIG. 4D illustrates a second alternative cross sectional view of retainer apparatus 8 of FIG. 4B taken at cut away line 5A-5A of FIG. 4A, in accordance with embodiments of the present invention. In contrast to FIG. 4B, first section 37*a* and/or second section 37*b* of braking mechanism portion 31*a* each comprise teeth (or any other type of gripping structure) to lock first section 37*a* and second section 37*b* to adjustable harness strap 4*a* to prevent movement of retainer portion 8*b*. Additionally, first section 38*a* and/or second section 38*b* of braking mechanism portion 31*b* each comprise teeth (or any other type of gripping structure) to lock first section 38*a* and second section 38*b* to adjustable harness strap 4*b* to prevent movement of retainer portion 8*a*.

FIG. 5A illustrates an alternative to FIG. 4A, in accordance with embodiments of the present invention. In contrast to FIG. 4A, adjustable harness strap 4*a* comprises a track apparatus 25 that includes tracks 25*a*-25*c* and adjustable harness strap 4*b* comprises a track apparatus 26 that includes tracks 26*a*-26*c*. Note that although FIG. 5A illustrates track apparatus 25 comprising three tracks (tracks 25*a*-25*c*) and track apparatus 26 comprising three tracks (tracks 26*a*-26*c*), any number of tracks may be used. Track apparatus 25 enables retainer portion 8*b* to move along adjustable harness strap 4*a* (and tracks 25*a*-25*c*). In order to disable movement of retainer portion 8*b*, braking mechanism portion 31*a* is enabled to cause resistance to movement between tracks 25*a*-25*c* and braking mechanism 31*a* (e.g., braking mechanism comprises braking portions that grab tracks 25*a*-25*c*) thereby holding (or locking) retainer portion 8*b* in a stationary position at a user selected location anywhere on adjustable harness strap 4*a*. Track apparatus 25 additionally enables electrical motor/signal receiving device portion 34*a* (i.e., an electrical motor portion) to ride along tracks 25*a*-25*c* upon receiving a user command (i.e., for automatically adjusting a position of retainer portion 8*b*). Electrical motor/signal receiving device portion 34*a* (i.e., an electrical motor portion) may additionally be disabled to cause resistance to movement between tracks 25*a*-25*c* and electrical motor/signal receiving device portion 34*a* to hold (or lock) retainer portion 8*b* in a stationary position at a user selected location anywhere on adjustable harness strap 4*a* (i.e., in addition to or instead of using braking mechanism portion 31*a*). Track apparatus 26 enables retainer portion 8*a* to move along adjustable harness strap 4*b* (and tracks 26*a*-26*c*). In order to disable movement of retainer portion 8*a*, braking mechanism portion 31*b* is enabled to cause resistance to movement between tracks 26*a*-26*c* and braking mechanism 31*b* (e.g., braking mechanism comprises braking portions that grab tracks 26*a*-26*c*) thereby holding (or locking) retainer portion 8*a* in a stationary position at a user selected location anywhere on adjustable harness strap 4*b*. Track apparatus 26 additionally enables electrical motor/signal receiving device portion 34*b* (i.e., an electrical motor portion) to ride along tracks 26*a*-26*c* upon receiving a user command (i.e., for automatically adjusting a position of retainer portion 8*a*). Electrical motor/signal receiving device portion 34*b* (i.e., an electrical motor portion) may additionally be disabled to cause resistance to movement between tracks 26*a*-26*c* and electrical motor/signal receiving device portion 34*b* to hold (or lock) retainer portion 8*a* in a stationary position at a user selected location anywhere on

US 10,710,545 B2

9

adjustable harness strap 4b (i.e., in addition to or instead of using braking mechanism portion 31b). Tracks 25a-25c and 26a-26c may comprise any type of or shaped track including, inter alia, vertical type tracks, rectangular shaped tracks, triangular shaped tracks, circular shaped tracks, a zipper type track, etc. Tracks 25a-25c and 26a-26c may comprise any type of material including, inter alia, plastic, metal, magnetic, a frictional material, etc. Additionally, FIG. 5A illustrates cut away line 5B-5B applicable to the cross sectional view of FIG. 5B as described, infra.

FIG. 5B illustrates a cross sectional view of retainer apparatus 8 taken at cut away line 5B-5B of FIG. 5A, in accordance with embodiments of the present invention. FIG. 5B illustrates a cross sectional view of retainer portions 8a and 8b, braking mechanism portions 31a and 31b, electrical motor/signal receiving device portions 34a and 34b, tracks 25a-25c and 26a-26c, and adjustable harness straps 4a and 4b. Braking mechanism portion 31a comprises a first section 52a and a second section 52b. In order to engage braking mechanism portion 31a, second section 52b (i.e., comprising braking devices on vertical sections of second section 52b) is enabled such that pressure is applied (i.e., by the braking devices (e.g., spring loaded braking devices, solenoid driven braking devices, etc) on vertical sections of second section 52b) to vertical sections of each of tracks 25a-25c thereby causing a resistance to movement between tracks 25a-25c (of adjustable harness strap 4a) and braking mechanism portion 31a (i.e., the braking devices on vertical sections of second section 52b) thereby holding (or locking) retainer portion 8b in a stationary position at a user selected location anywhere on adjustable harness strap 4a. Alternatively, second section 52b may comprise magnetic structures (e.g., electro/magnetic structures) on vertical sections of second section 52b and tracks 25a-25c comprise a metallic material capable of attraction to a magnetic field. In this case, engaging braking mechanism portion 31a includes enabling the electro/magnetic structures on vertical sections of second section 52b to generate a magnetic field thereby causing the electro/magnetic structures to magnetically hold the electro/magnetic structures to tracks 25a-25c. The aforementioned process holds (or locks) retainer portion 8b in a stationary position at a user selected location anywhere on adjustable harness strap 4a. Braking mechanism portion 31b comprises a first section 54a and a second section 54b. In order to engage braking mechanism portion 31b, second section 54b (i.e., comprising braking devices (e.g., spring loaded braking devices, solenoid driven braking devices, etc.) on vertical sections of second section 54b) is enabled such that pressure is applied (i.e., by the braking devices on vertical sections of second section 54b) to vertical sections of each of tracks 26a-26c thereby causing a resistance to movement between tracks 26a-26c (of adjustable harness strap 4b) and braking mechanism portion 31b (i.e., the braking devices on vertical sections of second section 54b) thereby holding (or locking) retainer portion 8a in a stationary position at a user selected location anywhere on adjustable harness strap 4b. Alternatively, second section 54b may comprise magnetic structures (e.g., electro/magnetic structures) on vertical sections of second section 54b and tracks 26a-26c comprise a metallic material capable of attraction to a magnetic field. In this case, engaging braking mechanism portion 31b includes enabling the electro/magnetic structures on vertical sections of second section 54b to generate a magnetic field thereby causing the electro/magnetic structures to magnetically hold the electro/magnetic structures to tracks 26a-26c. The afore-

10

mentioned process holds (or locks) retainer portion 8a in a stationary position at a user selected location anywhere on adjustable harness strap 4b.

While embodiments of the present invention have been described herein for purposes of illustration, many modifications and changes will become apparent to those skilled in the art. Accordingly, the appended claims are intended to encompass all such modifications and changes as fall within the true spirit and scope of this invention.

What is claimed is:

1. A retainer apparatus comprising:
   a first retainer portion configured to be slidably attached to a first adjustable harness strap of a car seat;
   a second retainer portion configured to be slidably attached to a second adjustable harness strap of the car seat, wherein said first retainer portion is removably attached to said second retainer portion;
   a sensor comprising a motion detector and an alarm, wherein said motion detector is configured to detect movement of said retainer apparatus, and wherein said motion detector is configured to activate said alarm to alert a user in said vehicle if said movement of said retainer apparatus is detected; and
   a braking mechanism configured to resist said movement of said first retainer portion and said second retainer portion along said first adjustable harness strap and said second adjustable harness strap, wherein said braking mechanism comprises a braking device comprising braking portions configured for locking together thereby contacting opposite surfaces of said first adjustable harness strap and said second adjustable harness strap for applying resistance to said first adjustable harness strap and said second adjustable harness strap to hold at least one of said first retainer portion and said second retainer portion in a first stationary position along at least one of said first adjustable harness strap and said second adjustable harness strap, wherein said braking mechanism further comprises a locking portion configured to apply mechanical pressure and lock said braking portions of said braking device, and wherein said sensor and said braking mechanism are contained within at least one of said first retainer portion and said second retainer portion.

2. The retainer apparatus of claim 1, wherein said movement comprises at least one of: moving along said first adjustable harness strap and said second adjustable harness strap in a first vertical direction extending from lower attachment points of said first adjustable harness strap to said car seat and of said second adjustable harness strap to said car seat respectively or moving along said first adjustable harness strap and said second adjustable harness strap in a second vertical direction extending from first upper attachment points of said first adjustable harness strap to said car seat and of said second adjustable harness strap to said car seat respectively.

3. The retainer apparatus of claim 2, wherein said movement further comprises said first retainer portion being disconnected from said second retainer portion.

4. The retainer apparatus of claim 2, wherein said first vertical direction comprises an opposite direction from said second vertical direction.

5. The retainer apparatus of claim 1, wherein said movement comprises said first retainer portion being disconnected from said second retainer portion.

6. The retainer apparatus of claim 1, further comprising:
   memory within said retainer apparatus, wherein said memory is configured to store distance data associated

US 10,710,545 B2

11

with distances with respect to said first retainer portion and said second retainer portion moving along said first adjustable harness strap and said second adjustable harness strap.

7. The retainer apparatus of claim 1, wherein said retainer apparatus, said first adjustable harness strap and said second adjustable harness strap are comprised by a harness apparatus mechanically attached to said car seat, and wherein said harness apparatus is configured to restrain an occupant of said car seat and prevent said occupant from being ejected from said car seat.

8. The retainer apparatus of claim 1, wherein said braking mechanism further comprises a magnetic structure configured to apply said resistance.

9. A car seat apparatus comprising:
a first adjustable harness strap;
a second adjustable harness strap;
a retainer apparatus comprising a first retainer portion slidably attached to said first harness strap and a second retainer portion slidably attached to said second harness strap, wherein said first retainer portion is removably attached to said second retainer portion, wherein said retainer apparatus further comprises a sensor comprising a motion detector and an alarm, wherein said motion detector is configured to detect movement of said retainer apparatus, and wherein said motion detector is configured to activate said alarm to alert a user in said vehicle if said movement of said retainer apparatus is detected, wherein said retainer apparatus further comprises a braking mechanism configured to resist said movement of said first retainer portion and said second retainer portion along said first adjustable harness strap and said second adjustable harness strap, wherein said braking mechanism comprises a braking device comprising braking portions configured for locking together thereby contacting opposite surfaces of said first adjustable harness strap and said second adjustable harness strap for applying resistance to said first adjustable harness strap and said second adjustable harness strap to hold at least one of said first retainer portion and said second retainer portion in a first stationary position along at least one of said first adjustable harness strap and said second adjustable harness strap, wherein said braking mechanism further comprises a locking portion configured to apply mechanical pressure and lock said braking portions of said braking device, and wherein said sensor and said braking mechanism are contained within at least one of said first retainer portion and said second retainer portion; and
a car seat structure comprising a harness apparatus mechanically attached to a car seat, wherein said retainer apparatus, said first adjustable harness strap, and said second adjustable harness strap are comprised by said harness apparatus, and wherein said harness apparatus is configured to restrain an occupant of said car seat apparatus and prevent said occupant from being ejected from said car seat apparatus.

10. The car seat apparatus of claim 9, wherein said movement comprises at least one of: moving along said first adjustable harness strap and said second adjustable harness strap in a first vertical direction extending from lower attachment points of said first adjustable harness strap to said car seat and of said second adjustable harness strap to said car seat respectively or moving along said first adjustable harness strap and said second adjustable harness strap in a second vertical direction extending from first upper

12

attachment points of said first adjustable harness strap to said car seat and of said second adjustable harness strap to said car seat respectively.

11. The car seat apparatus of claim 10, wherein said movement further comprises said first retainer portion being disconnected from said second retainer portion.

12. The car seat apparatus of claim 10, wherein said first vertical direction comprises an opposite direction from said second vertical direction.

13. The car seat apparatus of claim 9, wherein said movement comprises said first retainer portion being disconnected from said second retainer portion.

14. The car seat apparatus of claim 9, further comprising: memory within said retainer apparatus, wherein said memory is configured to store distance data associated with distances with respect to said first retainer portion and said second retainer portion moving along said first adjustable harness strap and said second adjustable harness strap.

15. The car seat apparatus of claim 9, further comprising:
an additional retainer apparatus comprising a third retainer portion slidably attached to said first harness strap and a fourth retainer portion slidably attached to said second harness strap, wherein said third retainer portion is removably attached to said fourth retainer portion, wherein said additional retainer apparatus further comprises an additional sensor comprising an additional motion detector and an additional alarm, wherein said additional motion detector is configured to detect additional movement of said additional retainer apparatus, wherein said additional motion detector is configured to activate said additional alarm to alert said user in said vehicle if said additional movement of said additional retainer apparatus is detected, and wherein said additional sensor is contained within at least one of said first retainer portion and said second retainer portion.

16. The car seat apparatus of claim 15, wherein said additional movement of said additional retainer apparatus comprises said third retainer portion being disconnected from said fourth retainer portion.

17. A retainer apparatus comprising:
a first retainer portion configured to be slidably attached to a first adjustable harness strap of a car seat;
a second retainer portion configured to be slidably attached to a second adjustable harness strap of the car seat, wherein said first retainer portion is removably attached to said second retainer portion; and
a sensor comprising a motion detector and an alarm, wherein said motion detector is configured to detect movement of said retainer apparatus, wherein said motion detector is configured to activate said alarm to alert a user in said vehicle if said movement of said retainer apparatus is detected, and wherein said sensor is contained within at least one of said first retainer portion and second retainer portion.

18. The retainer apparatus of claim 17, wherein said movement comprises at least one of: moving along said first adjustable harness strap and said second adjustable harness strap in a first vertical direction extending from lower attachment points of said first adjustable harness strap to said car seat and of said second adjustable harness strap to said car seat respectively or moving along said first adjustable harness strap and said second adjustable harness strap in a second vertical direction extending from first upper

US 10,710,545 B2

13

14

attachment points of said first adjustable harness strap to said car seat and of said second adjustable harness strap to said car seat respectively.

**19**. The retainer apparatus of claim **18**, wherein said movement further comprises said first retainer portion being disconnected from said second retainer portion.

**20**. The retainer apparatus of claim **17**, wherein said movement comprises said first retainer portion being disconnected from said second retainer portion.

\* \* \* \* \*

US010710545C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (12354th)

# United States Patent
Friedman

(10) **Number:** US 10,710,545 C1
(45) **Certificate Issued:** *Aug. 14, 2023

(54) **LOCKING HARNESS**

(71) Applicant: **FRIEDMAN IP HOLDINGS, LLC**, Niskayuna, NY (US)

(72) Inventor: **Mark J. Friedman**, Niskayuna, NY (US)

(73) Assignee: **FRIEDMAN IP HOLDINGS, LLC**, Niskayuna, NY (US)

**Reexamination Request:**
No. 90/014,627, Dec. 10, 2020

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | 10,710,545 |
| Issued: | Jul. 14, 2020 |
| Appl. No.: | 16/273,291 |
| Filed: | Feb. 12, 2019 |

( * ) Notice: This patent is subject to a terminal disclaimer.

**Related U.S. Application Data**

(60) Continuation of application No. 15/602,294, filed on May 23, 2017, now Pat. No. 10,259,423, which is a continuation of application No. 14/984,232, filed on Dec. 30, 2015, now Pat. No. 9,669,797, which is a continuation of application No. 14/481,016, filed on Sep. 9, 2014, now Pat. No. 9,561,776, which is a division of application No. 13/653,540, filed on Oct. 17, 2012, now Pat. No. 8,851,575, which is a division of application No. 12/703,227, filed on Feb. 10, 2010, now Pat. No. 8,333,433.

(51) **Int. Cl.**
| | |
|---|---|
| B60R 22/48 | (2006.01) |
| B60R 22/10 | (2006.01) |
| B60N 2/28 | (2006.01) |
| B60R 22/12 | (2006.01) |
| B60R 22/36 | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *B60N 2/2812* (2013.01); *B60N 2/2803* (2013.01); *B60R 22/105* (2013.01); *B60R 22/12* (2013.01); *B60R 22/36* (2013.01); *B60R 22/48* (2013.01); *A44D 2200/12* (2013.01); *B60N 2002/2815* (2013.01); *Y10S 24/38* (2013.01); *Y10T 24/4012* (2015.01); *Y10T 24/45529* (2015.01); *Y10T 29/49826* (2015.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/014,627, please refer to the USPTO's Patent Electronic System.

*Primary Examiner* — Sara S Clarke

(57) **ABSTRACT**

A retainer apparatus including a first retainer portion, a second retainer portion, and a sensor comprising a motion detector and an alarm. The retainer apparatus includes the first retainer portion configured to be slidably attached to a first harness strap and a second retainer portion configured to be slidably attached to a second harness strap. The first retainer portion is removably attached to the second retainer portion. The motion detector is configured to detect movement of the retainer apparatus and activate the alarm to alert a user in a vehicle if movement of the retainer apparatus is detected.



US 10,710,545 C1

1

## EX PARTE
## REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claim **20** is confirmed.

Claim **17** is cancelled.

Claims **1-16**, **18** and **19** were not reexamined.

\* \* \* \* \*

2