# EXHIBIT C

## TO

## COMPLAINT

## U.S. Patent No. 11,738,667

US011738667B2

## (12) United States Patent
### Friedman

(10) Patent No.: **US 11,738,667 B2**
(45) Date of Patent: *Aug. 29, 2023

(54) **LOCKING HARNESS**

(71) Applicant: **FRIEDMAN IP HOLDINGS, LLC**, Niskayuna, NY (US)

(72) Inventor: **Mark J. Friedman**, Niskayuna, NY (US)

(73) Assignee: **FRIEDMAN IP HOLDINGS, LLC**, Niskayuna, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/105,068**

(22) Filed: **Feb. 2, 2023**

(65) **Prior Publication Data**

US 2023/0173958 A1    Jun. 8, 2023

**Related U.S. Application Data**

(60) Continuation of application No. 17/655,255, filed on Mar. 17, 2022, now Pat. No. 11,618,352, which is a
(Continued)

(51) **Int. Cl.**
*B60N 2/28* (2006.01)
*B60R 22/10* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ......... *B60N 2/2812* (2013.01); *B60N 2/2803* (2013.01); *B60R 22/105* (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 594,006 A | 11/1897 | Gorton |
| 2,084,412 A | 6/1937 | Schaefer |

(Continued)

FOREIGN PATENT DOCUMENTS

JP    2008105552    5/2005

OTHER PUBLICATIONS

Provisional Patent Application; "Dual transceiver object proximity with dual alarm system"; U.S. Appl. No. 60/783,515, filed Mar. 17, 2006; First Named Inventor: Alfonzo Welch; Confirmation No. 9910.

(Continued)

*Primary Examiner* — David E Allred
(74) *Attorney, Agent, or Firm* — Mark J. Friedman

(57) **ABSTRACT**

A retainer apparatus including a first retainer portion, a second retainer portion, a wireless transceiver, and a sensor. The sensor includes a first sensor portion physically contained within the first retainer portion and a second sensor portion physically contained within the second retainer portion. The first retainer portion is removably attached to the second retainer portion. The sensor is configured to detect the first retainer portion being disconnected from the second retainer portion and generate a warning signal. The wireless transceiver is configured to wirelessly transmit the warning signal to a controller in a vehicle to activate an audible warning alert to warn a user in the vehicle of the first retainer portion being disconnected from the second retainer portion.

**20 Claims, 7 Drawing Sheets**



### Related U.S. Application Data

continuation of application No. 16/946,833, filed on Jul. 8, 2020, now abandoned, which is a continuation of application No. 16/273,291, filed on Feb. 12, 2019, now Pat. No. 10,710,545, which is a division of application No. 15/602,294, filed on May 23, 2017, now Pat. No. 10,259,423, which is a continuation of application No. 14/984,232, filed on Dec. 30, 2015, now Pat. No. 9,669,797, which is a continuation of application No. 14/481,016, filed on Sep. 9, 2014, now Pat. No. 9,561,776, which is a division of application No. 13/653,540, filed on Oct. 17, 2012, now Pat. No. 8,851,575, which is a division of application No. 12/703,227, filed on Feb. 10, 2010, now Pat. No. 8,333,433.

(51) **Int. Cl.**
  *B60R 22/12* (2006.01)
  *B60R 22/36* (2006.01)
  *B60R 22/48* (2006.01)

(52) **U.S. Cl.**
  CPC .............. *B60R 22/12* (2013.01); *B60R 22/36* (2013.01); *B60R 22/48* (2013.01); *A44D 2200/12* (2013.01); *B60N 2002/2815* (2013.01); *Y10S 24/38* (2013.01); *Y10T 24/4012* (2015.01); *Y10T 24/45529* (2015.01); *Y10T 29/49826* (2015.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor |
|---|---|---|
| 2,228,379 A | 11/1939 | Woodard |
| 2,403,712 A | 10/1944 | Elwell |
| 3,586,220 A | 6/1971 | Reinsberg |
| 3,649,076 A | 3/1972 | Minden |
| 3,672,004 A | 6/1972 | Smith |
| 3,872,197 A | 3/1975 | Kato et al. |
| 3,988,098 A | 10/1976 | Kato et al. |
| 3,996,929 A | 12/1976 | Mabuchi |
| 4,323,204 A | 4/1982 | Takada |
| 4,491,343 A | 1/1985 | Foehl |
| 4,492,348 A | 1/1985 | Ziv et al. |
| 4,554,779 A | 11/1985 | Fischer |
| 4,569,106 A | 2/1986 | Lovato |
| 4,569,629 A | 2/1986 | Ferris et al. |
| 4,800,629 A | 1/1989 | Ikeda |
| 4,810,036 A | 3/1989 | Buser |
| 4,973,083 A | 11/1990 | Richards et al. |
| 5,029,896 A | 7/1991 | Ernst |
| 5,037,135 A | 8/1991 | Kotikovsky et al. |
| 5,151,678 A | 9/1992 | Veltri et al. |
| 5,411,292 A | 5/1995 | Collins et al. |
| 5,498,017 A | 3/1996 | Rohrmoser |
| 5,566,427 A | 10/1996 | Lathrop |
| 5,669,118 A | 9/1997 | Frano et al. |
| 5,735,024 A | 4/1998 | Ortiz |
| 5,774,947 A | 7/1998 | Anscher |
| 5,839,789 A | 11/1998 | Koledin |
| 5,839,793 A | 11/1998 | Merrick et al. |
| 5,852,852 A | 12/1998 | Rigal |
| 5,873,635 A | 2/1999 | Merrick |
| 6,002,325 A | 12/1999 | Conaway |
| 6,079,662 A | 6/2000 | Miller et al. |
| 6,079,744 A | 6/2000 | Husby et al. |
| 6,142,524 A | 11/2000 | Brown et al. |
| 6,220,662 B1 | 4/2001 | Franco-Vila et al. |
| 6,357,091 B1 | 3/2002 | Devereaux |
| 6,367,882 B1 | 4/2002 | Van Druff et al. |
| 6,447,060 B1 | 9/2002 | Vila et al. |
| 6,471,243 B1* | 10/2002 | Brown .................... B60R 21/26 280/808 |
| 6,543,097 B2 | 4/2003 | Burt et al. |
| 6,550,807 B1* | 4/2003 | Faigle .................... B60R 21/276 280/739 |
| 6,662,413 B2 | 12/2003 | Glover |
| 6,809,640 B1 | 10/2004 | Sherman |
| 6,824,222 B2 | 11/2004 | Maloney et al. |
| 6,853,298 B1 | 2/2005 | Stojanowski |
| 6,922,154 B2 | 7/2005 | Kraljic et al. |
| 7,265,671 B1 | 9/2007 | Valles et al. |
| 7,340,809 B2 | 3/2008 | Tracy et al. |
| 7,367,092 B1 | 5/2008 | Dilday |
| 7,445,293 B2 | 11/2008 | Smith et al. |
| 7,466,221 B1 | 12/2008 | Lehr |
| 7,642,907 B2 | 1/2010 | Tang et al. |
| 7,964,130 B2 | 6/2011 | You |
| 8,195,365 B2 | 6/2012 | Bernhagen et al. |
| 8,262,133 B2 | 9/2012 | Usoro et al. |
| 8,333,433 B2 | 12/2012 | Friedman |
| 8,648,735 B2 | 2/2014 | Haynes et al. |
| 8,659,414 B1 | 2/2014 | Schuk |
| 8,714,114 B1 | 5/2014 | Wang et al. |
| 8,851,575 B2 | 10/2014 | Friedman |
| 9,440,777 B2 | 9/2016 | Friedman |
| 9,539,983 B2 | 1/2017 | Demeritte |
| 9,561,776 B2 | 2/2017 | Frideman |
| 9,669,797 B2 | 6/2017 | Friedman |
| 10,127,742 B2 | 11/2018 | Seibert |
| 10,173,640 B1 | 1/2019 | Zhang |
| 10,232,821 B1 | 3/2019 | Cubit et al. |
| 10,259,423 B2 | 4/2019 | Friedman |
| 2002/0029443 A1 | 3/2002 | Ortiz |
| 2003/0075969 A1 | 4/2003 | Georg et al. |
| 2003/0122662 A1 | 7/2003 | Quinonez |
| 2003/0160689 A1 | 8/2003 | Zyazdgerdi |
| 2005/0091808 A1 | 5/2005 | Uehara et al. |
| 2005/0229867 A1 | 10/2005 | Green |
| 2005/0280297 A1 | 12/2005 | James et al. |
| 2006/0218761 A1 | 10/2006 | Anscher |
| 2006/0231373 A1 | 10/2006 | Taylor et al. |
| 2006/0289575 A1 | 12/2006 | Chou |
| 2007/0096891 A1 | 5/2007 | Sheriff et al. |
| 2007/0102989 A1 | 5/2007 | Smith et al. |
| 2007/0102990 A1 | 5/2007 | Smith et al. |
| 2007/0193004 A1 | 8/2007 | Chou |
| 2007/0229243 A1* | 10/2007 | Welch ............... B60R 21/01556 340/457 |
| 2007/0229244 A1 | 10/2007 | Peeler et al. |
| 2007/0283540 A1 | 12/2007 | Chang |
| 2008/0223888 A1 | 9/2008 | Meunier |
| 2009/0079557 A1 | 3/2009 | Miner |
| 2009/0179406 A1 | 7/2009 | Haraoka et al. |
| 2009/0322067 A1* | 12/2009 | Nezaki .................... B60R 22/26 297/474 |
| 2010/0244543 A1 | 9/2010 | Find et al. |
| 2010/0253498 A1 | 10/2010 | Rork et al. |
| 2011/0193396 A1 | 8/2011 | Friedman |
| 2013/0033373 A1 | 2/2013 | Thomas |
| 2013/0038101 A1 | 2/2013 | Friedman |
| 2013/0109342 A1 | 5/2013 | Welch |
| 2013/0291344 A1 | 11/2013 | Hortnagl |
| 2014/0035338 A1 | 2/2014 | Greenwood et al. |
| 2014/0052342 A1 | 2/2014 | Seibert |
| 2014/0253314 A1 | 9/2014 | Rambadt et al. |
| 2014/0375093 A1 | 12/2014 | Friedman |
| 2015/0013619 A1 | 1/2015 | Kahana, Jr. |
| 2015/0113770 A1 | 4/2015 | Laatz |
| 2015/0209052 A1 | 7/2015 | Hopman et al. |
| 2016/0107607 A1 | 4/2016 | Friedman |
| 2016/0183636 A1 | 6/2016 | Laatz |
| 2016/0200250 A1 | 7/2016 | Westmoreland |
| 2017/0120813 A1 | 5/2017 | Wilson et al. |
| 2017/0144774 A1 | 5/2017 | Pollard et al. |
| 2017/0273694 A1 | 9/2017 | Lynch et al. |
| 2017/0274867 A1 | 9/2017 | Friedman |
| 2017/0290530 A1 | 10/2017 | Hong et al. |
| 2018/0354443 A1 | 12/2018 | Ebrahimi et al. |
| 2019/0168706 A1 | 6/2019 | Freidman |
| 2020/0339061 A1 | 10/2020 | Friedman |
| 2021/0024032 A1 | 1/2021 | Edwards |

(56) **References Cited**

U.S. PATENT DOCUMENTS

2021/0239786 A1    8/2021  Cuddihy et al.
2022/0063536 A1    3/2022  Creek
2023/0116842 A1*   4/2023  Riegelhof .............. G08B 21/24
                                               705/7.28

OTHER PUBLICATIONS

Entrepreneur.com; 15 Revolutionary Inventions of 2007; https://web.archive.org/web/20081223085945/http:/www.entrepreneur.com/slideshow/188038.html (slide #10); Dec. 23, 2008; 2 pages.

* cited by examiner

**FIG. 1**



**FIG. 2**



FIG. 3



FIG. 4A



FIG. 4B



FIG. 4C



***FIG. 4D***



FIG. 5A



FIG. 5B

# LOCKING HARNESS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation application claiming priority to Ser. No. 17/655,255 filed Mar. 17, 2022, which is a continuation of Ser. No. 16/946,833 filed Jul. 8, 2020, now abandoned, which is a continuation of Ser. No. 16/273,291 filed Feb. 12, 2019 now U.S. Pat. No. 10,710,545 issued Jul. 14, 2020, which is a divisional application claiming priority to Ser. No. 15/602,294 filed on May 23, 2017 now U.S. Pat. No. 10,259,423 issued Apr. 16, 2019, which is a continuation application claiming priority to Ser. No. 14/984,232 filed Dec. 30, 2015, now U.S. Pat. No. 9,669,797 issued Jun. 6, 2017 which is a continuation application claiming priority to Ser. No. 14/481,016 filed Sep. 9, 2014, now U.S. Pat. No. 9,561,776 issued Feb. 7, 2017 which is a divisional application claiming priority to Ser. No. 13/653,540 filed Oct. 17, 2012, now U.S. Pat. No. 8,851,575 issued Oct. 7, 2014 which is a divisional application of Ser. No. 12/703,227 filed Feb. 10, 2010, and entitled "Locking Harness Apparatus and Method", now U.S. Pat. No. 8,333,433, issued Dec. 18, 2012.

## FIELD OF TECHNOLOGY

The present invention relates to a locking restraint apparatus and associated method for restraining an individual in a vehicle for preventing motion related injuries.

## BACKGROUND

Restraining users during travel typically comprises an inefficient process with little flexibility. Accordingly, there exists a need in the art to overcome at least some of the deficiencies and limitations described herein above.

## SUMMARY

The present invention provides a retainer apparatus comprising: a first retainer portion configured to be slidably attached to a first adjustable harness strap of a car seat; a second retainer portion configured to be slidably attached to a second adjustable harness strap of the car seat, wherein the first retainer portion is directly and removably attached to the second retainer portion; a wireless transceiver contained within at least one of the first retainer portion and the second retainer portion; and a sensor comprising a first sensor portion physically contained within the first retainer portion and a second sensor portion physically contained within the second retainer portion, wherein the sensor is configured to detect the first retainer portion being disconnected from the second retainer portion and generate a warning signal indicating the first retainer portion being disconnected from the second retainer portion, and wherein the wireless transceiver is configured to wirelessly transmit the warning signal to a controller in a vehicle to activate an audible warning alert to warn a user in the vehicle of the first retainer portion being disconnected from the second retainer portion.

The present invention provides a retainer apparatus comprising: a first retainer portion removably attached to a second retainer portion, wherein the first retainer portion is configured to be slidably attached to a first adjustable harness strap of a car seat, and wherein the second retainer portion is configured to be slidably attached to a second adjustable harness strap of the car seat; a wireless transceiver contained within at least one of the first retainer portion and the second retainer portion; and a sensor comprising a first sensor portion physically contained within the first retainer portion and a second sensor portion physically contained within the second retainer portion, wherein the sensor is configured to detect the first retainer portion being disconnected from the second retainer portion and generate a warning signal indicating the first retainer portion being disconnected from the second retainer portion, wherein the wireless transceiver is configured to wirelessly transmit the warning signal to a controller in a vehicle to activate an audible warning alert to warn a user in the vehicle of the first retainer portion being disconnected from the second retainer portion.

The present invention provides a method comprising: removably attaching a first retainer portion, slidably attached to a first adjustable harness strap of a car seat, to a second retainer portion slidably attached to a second adjustable harness strap of the car seat, wherein the first retainer portion and the second retainer portion are comprised by a retainer apparatus; detecting, by a sensor comprising a first sensor portion physically contained within the first retainer portion and a second sensor portion physically contained within the second retainer portion, the first retainer portion being disconnected from the second retainer portion; generating, by the sensor, a warning signal indicating the first retainer portion being disconnected from the second retainer portion; and wirelessly transmitting, by a wireless transceiver within the surface of at least one of the first retainer portion and the second retainer portion, the warning signal to a controller in a vehicle to activate an audible warning alert to warn a user in the vehicle of the first retainer portion being disconnected from the second retainer portion.

The present invention advantageously provides a simple apparatus and associated method capable of restraining users during travel.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a locking restraint apparatus for safely restraining an individual during travel in a vehicle, in accordance with embodiments of the present invention.

FIG. **2** illustrates the restraint apparatus of FIG. **1** safely restraining an individual during travel in a vehicle, in accordance with embodiments of the present invention.

FIG. **3** illustrates a close up view of the retainer apparatus **8** of FIG. **1** slidably attached to adjustable harness straps, in accordance with embodiments of the present invention.

FIG. **4A** illustrates an alternative to FIG. **3**, in accordance with embodiments of the present invention.

FIG. **4B** illustrates a cross sectional view of the retainer apparatus of FIG. **4A**, in accordance with embodiments of the present invention.

FIG. **4C** illustrates a first alternative cross sectional view of the retainer apparatus of FIG. **4B**, in accordance with embodiments of the present invention.

FIG. **4D** illustrates a second alternative cross sectional view of the retainer apparatus of FIG. **4B**, in accordance with embodiments of the present invention.

FIG. **5A** illustrates an alternative to FIG. **4A**, in accordance with embodiments of the present invention.

FIG. **5B** illustrates a cross sectional view of the retainer apparatus of FIG. **5A**, in accordance with embodiments of the present invention.

## DETAILED DESCRIPTION

FIG. **1** illustrates a restraint apparatus **1** for safely restraining an individual (e.g., a person) during travel in a vehicle,

in accordance with embodiments of the present invention. Restraint apparatus **1** may be used in any type of vehicle including, inter alia, an automobile, an aircraft, a boat, etc. Restraint apparatus **1** comprises a seat structure **10** (e.g., a car seat), an adjustable harness strap **4a**, an adjustable harness strap **4b**, a retainer apparatus **8** slidably attached to adjustable harness strap **4a** and adjustable harness strap **4b**, and a harness portion **12**. Adjustable harness strap **4a** and adjustable harness strap **4b** are configured to restrain an upper body portion of a person (e.g., see upper body portion **17a** child **14** in FIG. **2**, infra). An upper body portion (e.g., upper body portion **17a** in FIG. **2**) is defined herein as any portion of a body located above (i.e., in direction **20**) a waist section (e.g., see waist section **17** in FIG. **2**, infra). Adjustable harness strap **4a** is removably attached to seat structure **10**. Adjustable harness strap **4a** extends from seat structure **10** through opening **30a** to buckle structure **7**. Adjustable harness strap **4a** is removably attached to buckle structure **7**. Adjustable harness strap **4b** is removably attached to seat structure **10**. Adjustable harness strap **4b** extends from seat structure **10** through opening **30b** to buckle structure **7**. Adjustable harness strap **4b** is removably attached to buckle structure **7**. Retainer apparatus **8** comprises a retainer portion **8a**, a retainer portion **8b**, a braking mechanism **31**, an optional motion detector/sensor/alarm apparatus **40**, and an optional electrical motor/signal receiving device **34**. Retainer portion **8a** is slidably attached to harness strap **4a**. Retainer portion **8b** is slidably attached to harness strap **4b**. Retainer apparatus **8** is configured to slidably move along harness strap **4a** and harness strap **4b** in a direction **20** and **22** and between ends **19a** and **19b** of harness strap **4a** and ends **21a** and **21b** of harness strap **4b**. Braking mechanism **31** is configured to adjustably prevent retainer portion **8a** and retainer portion **8b** from slidably moving along **4a** harness strap and harness strap **4b**. Braking mechanism **31** is configured to hold retainer portion **8a** and retainer portion **8b** at any stationary position along harness strap **4a** and harness strap **4b**. Braking mechanism **31** is configured to hold retainer portion **8a** at any stationary position between portion **19a** and portion **19b** of harness strap **4a**. Braking mechanism **31** is configured to hold retainer portion **8b** at any stationary position between portion **21a** and portion **21b** of harness strap **4b**. Retainer portion **8a** is removably attached to retainer portion **8b** (e.g., using clips **11a** and **11b** removably attached to openings **15a** and **15b** respectively as illustrated in FIGS. **3** and **4A**, infra). Braking mechanism **31** comprises a braking device(s) (e.g. devices **37a**, **37b**, **38a**, and **38b** in FIG. **4B** as described, infra) for applying resistance to harness strap **4a** and/or harness strap **4b** for holding retainer apparatus **8** in any stationary position along harness strap **4a** and harness strap **4b**. Optional electrical motor/signal receiving device **34** may comprise a signal receiving/transmitting device (e.g., a wireless transceiver) and/or an electrical motor or solenoid. Optional electrical motor/signal receiving device **34** is configured to accept a control signal (i.e., via a signal receiving/transmitting device) from a control device (e.g., a computer/controller in a vehicle) and automatically (e.g., in accordance with the control signal enabled by a user) slidably move (i.e., using an electrical motor) retainer apparatus **8** along harness strap **4a** and harness strap **4b** in direction **20** and/or **22** until a disable control signal is received by the signal receiving/transmitting device. Alternatively, optional electrical motor/signal receiving device **34** may be configured to accept a control signal (i.e., via a signal receiving/transmitting device) from a control device (e.g., a computer/controller in a vehicle) and automatically (e.g., in accordance with the control signal enabled by a user) slidably move (i.e., using an electrical motor) retainer apparatus **8** along harness strap **4a** and harness strap **4b** (i.e., in direction **20** and/or **22**) a predetermined or specified distance (e.g., data comprising specified distances may be stored within a memory structure located within retainer apparatus **8** and/or a computer/controller in a vehicle). Optional motion detector sensor/alarm apparatus **40** may comprise a motion detector and/or an alarm. The motion detector detects any movement of retainer apparatus **8** (e.g., in direction **20** or **22**, retainer portion **8a** disconnected from retainer portion **8b**, etc.) and either activates a warning alarm located within sensor/alarm apparatus **40** or transmits a warning signal to a computer/controller in a vehicle to warn a user (e.g., a driver) that movement of retainer apparatus **8** has been detected thereby allowing the user to re-secure an individual (e.g., a child) in restraint apparatus **1**. Harness portion **12** comprises a first portion **12a**, a second portion **12b**, and a third portion **12c** mechanically attached (i.e., removably or not removably) to buckle structure **7**. Harness portion **12** is configured to restrain a lower body portion of a person (e.g., see lower body portion **17b** of child **14** in FIG. **2**, infra). A lower body portion (e.g., lower body portion **17b** in FIG. **2**) is defined herein as any portion of a body located below (i.e., in direction **22**) a waist section (e.g., see waist section **17** in FIG. **2**, infra). Restraint apparatus **1** may additionally comprise an additional retainer apparatus(s) (i.e., not shown and similar to or the same as retainer apparatus **8** comprising braking mechanism **31**) slidably attached to adjustable harness strap **4a** and adjustable harness strap **4b** to provide additional restraint capabilities for restraint apparatus **1**.

FIG. **2** illustrates restraint apparatus **1** of FIG. **1** safely restraining an individual **14** during travel in a vehicle, in accordance with embodiments of the present invention. Individual **14** comprises a waist section **17** used to define an upper body portion **17a** and a lower body portion **17b**. Additionally, FIG. **2** illustrates an optional additional retainer apparatus(s) **210** (i.e., similar to retainer apparatus **8** as described with respect to FIG. **1**, supra) slidably attached to adjustable harness strap **4a** and adjustable harness strap **4b** to provide additional restraint capabilities for restraint apparatus **1**. Similar to retainer apparatus **8** of FIG. **1**, retainer apparatus **210** (of FIG. **2**) comprises a retainer portion **210a**, a retainer portion **210b**, a braking mechanism **211**, an optional motion detector/sensor/alarm apparatus **218**, and an optional electrical motor/signal receiving device **200**. Retainer portion **210a** is slidably attached to harness strap **4a**. Retainer portion **210b** is slidably attached to harness strap **4b**. Retainer apparatus **210** is configured to slidably move along harness strap **4a** and harness strap **4b** in directions **20** and **22**. Braking mechanism **211** is configured to adjustably prevent retainer portion **210a** and retainer portion **210b** from slidably moving along **4a** harness strap and harness strap **4b**. Braking mechanism **211** is configured to hold retainer portion **210a** and retainer portion **210b** at any stationary position along harness strap **4a** and harness strap **4b**. Retainer portion **210a** is removably attached to retainer portion **210b** (e.g., using clips **224a** and **224b** removably attached to openings **214a** and **214b** respectively as illustrated in FIG. **3**, infra). Optional electrical motor/signal receiving device **200** may comprise a signal receiving/transmitting device (e.g., a wireless transceiver) and/or an electrical motor or solenoid. Optional electrical motor/signal receiving device **200** is configured to accept a control signal (i.e., via a signal receiving/transmitting device) from a control device (e.g., a computer/controller in a vehicle) and automatically (e.g., in accordance with the control signal

enabled by a user) slidably move (i.e., using an electrical motor) retainer apparatus **210** along harness strap **4***a* and harness strap **4***b* in direction **20** and/or **22** until a disable control signal is received by the signal receiving/transmitting device. Alternatively, optional electrical motor/signal receiving device **200** may be configured to accept a control signal (i.e., via a signal receiving/transmitting device) from a control device (e.g., a computer/controller in a vehicle) and automatically (e.g., in accordance with the control signal enabled by a user) slidably move (i.e., using an electrical motor) retainer apparatus **210** along harness strap **4***a* and harness strap **4***b* (i.e., in direction **20** and/or **22**) a predetermined or specified distance (e.g., data comprising specified distances may be stored within a memory structure located within retainer apparatus **210** and/or a computer/controller in a vehicle). Optional motion detector sensor/alarm apparatus **218** may comprise a motion detector and/or an alarm. The motion detector detects any movement of retainer apparatus **210** (e.g., in direction **20** or **22**, retainer portion **210***a* disconnected from retainer portion **210***b*, etc) and either activates a warning alarm located within sensor/alarm apparatus **218** or transmits a warning signal to a computer/controller in a vehicle to warn a user (e.g., a driver) that movement of retainer apparatus **210** has been detected thereby allowing the user to re-secure an individual (e.g., a child) in restraint apparatus **1**.

FIG. **3** illustrates a close up view of retainer apparatus **8** of FIG. **1** and optional retainer apparatus **210** of FIG. **2** slidably attached to adjustable harness strap **4***a* and adjustable harness strap **4***b*, in accordance with embodiments of the present invention. In FIG. **3**, retainer portion **8***a* is disconnected from retainer portion **8***b*. Retainer portion **8***a* is disconnected from retainer portion **8***b* by disabling using clips **11***a* and **11***b* from openings **15***a* and **15***b*, respectively. Retainer portion **8***a* is moved towards retainer portion **8***b* in a direction **60** and retainer portion **8***b* is moved towards retainer portion **8***a* in a direction **61** in order to latch clip **11***b* to opening **15***a* and latch clip **11***a* to opening **15***b* (i.e., as illustrated in FIG. **4**, infra). FIG. **3** additionally illustrates a close up view of braking mechanism **31** (i.e., comprising braking mechanism portions **31***a* and **31***b*), optional motion detector sensor/alarm apparatus **40** (i.e., comprising motion detector sensor/alarm apparatus portions **40***a* and **40***b*), and optional electrical motor/signal receiving device **34** (i.e., comprising electrical motor/signal receiving device portions **34***a* and **34***b*). Each of braking mechanism portion **31***a*, motion detector sensor/alarm apparatus portion **40***a*, and electrical motor/signal receiving device portion **34***a* is mechanically attached to retainer portion **8***a*. Each of braking mechanism portion **31***b*, motion detector sensor/alarm apparatus portion **40***b*, and electrical motor/signal receiving device portion **34***b* is mechanically attached to retainer portion **8***b*. Additionally, in FIG. **3**, retainer portion **210***a* is disconnected from retainer portion **210***b*. Retainer portion **210***a* is disconnected from retainer portion **210***b* by disabling clips **224***a* and **224***b* from openings **214***a* and **214***b*, respectively. Retainer portion **210***a* is moved towards retainer portion **210***b* in a direction **60** and retainer portion **210***b* is moved towards retainer portion **210***a* in a direction **61** in order to latch clip **224***b* to opening **214***a* and latch clip **224***a* to opening **214***b*. FIG. **3** additionally illustrates a close up view of braking mechanism **211** (i.e., comprising braking mechanism portions **211***a* and **211***b*), optional motion detector sensor/alarm apparatus **200** (i.e., comprising motion detector sensor/alarm apparatus portions **218***a* and **218***b*), and optional electrical motor/signal receiving device **200** (i.e., comprising electrical motor/signal receiving device portions **200***a* and **200***b*). Each of braking mechanism portion **211***a*, motion detector sensor/alarm apparatus portion **218***a*, and electrical motor/signal receiving device portion **200***a* is mechanically attached to retainer portion **210***a*. Each of braking mechanism portion **211***b*, motion detector sensor/alarm apparatus portion **218***b*, and electrical motor/signal receiving device portion **200***b* is mechanically attached to retainer portion **210***b*.

FIG. **4**A illustrates an alternative to FIG. **3**, in accordance with embodiments of the present invention. In contrast to FIG. **3**, FIG. **4**A illustrates retainer portion **8***a* removably attached to retainer portion **8***b* using clips **11***a* and **11***b* removably attached to openings **15***a* and **15***b*. Additionally, FIG. **4** illustrates cut away line **5**A-**5**A applicable to the cross sectional views of FIGS. **4**B-**4**D as described infra.

FIG. **4**B illustrates a cross sectional view of retainer apparatus **8** taken at cut away line **5**A-**5**A of FIG. **4**A, in accordance with embodiments of the present invention. FIG. **4**B illustrates a cross sectional view of retainer portions **8***a* and **8***b*, braking mechanism portions **31***a* and **31***b*, electrical motor/signal receiving device portions **34***a* and **34***b*, and adjustable harness straps **4***a* and **4***b*. Braking mechanism portion **31***a* comprises a first section **37***a* and a second section **37***b*. In order to engage braking mechanism portion **31***a*, first section **37***a* is moved in direction **70** until contact is made with surface **61***a* of adjustable harness strap **4***a* and second section **37***b* is moved in direction **71** until contact is made with surface **61***b* of adjustable harness strap **4***a*. First section **37***a* is locked to second section **37***b* (i.e., upon contact with adjustable harness strap **4***a* to prevent movement of retainer portion **8***b*) using any means including, inter alia, clips, locking devices, screws, spring loaded latches (e.g., as described with respect to FIG. **4**C, infra), magnetic means, an electro/mechanical device such as a solenoid or an electrical motor, etc. Additionally, first section **37***a*, surface **61***a*, second section **37***b*, and/or surface **61***b* may each include a frictional material (e.g., sandpaper type material, rubber, teeth (e.g., as illustrated in FIG. **4**D, infra), etc) to create friction and cause resistance to movement. Alternatively, first section **37***a*, surface **61***a*, second section **37***b*, and/or surface **61***b* may each include a magnetic material (e.g., standard magnetic material, electromagnetic structure such as an electromagnet, etc) to cause resistance to movement. The aforementioned contact and locking process causes a resistance to movement between adjustable harness strap **4***a* (i.e., on any portion of adjustable harness strap **4***a* such as edge sections **67***a* and **67***b* or any surface of adjustable harness strap **4***a*) and braking mechanism portion **31***a* thereby holding (or locking) retainer portion **8***b* in a stationary position at a user selected location anywhere on adjustable harness strap **4***a*. Braking mechanism portion **31***b* comprises a first section **38***a* and a second section **38***b*. In order to engage braking mechanism portion **31***b*, first section **38***a* is moved in direction **20 70** until contact is made with surface **62***a* of adjustable harness strap **4***b* and second section **38***b* is moved in direction **71** until contact is made with surface **62***b* of adjustable harness strap **4***b*. First section **38***a* is locked to second section **38***b* (i.e., upon contact with adjustable harness strap **4***b* to prevent movement of retainer portion **8***a*) using any means including, inter alia, clips, locking devices, screws, spring loaded latches (e.g., as described with respect to FIG. **4**C, infra), magnetic means, a solenoid, etc. Additionally, first section **38***a*, surface **62***a*, second section **38***b*, and/or surface **62***b* may each include a frictional material (e.g., sandpaper type material, rubber, teeth (e.g., as illustrated in FIG. **4**D, infra), etc) to create friction and cause resistance to movement. Alternatively,

first section 38*a*, surface 62*a*, second section 38*b*, and/or surface 62*b* may each include a magnetic material (e.g., standard magnetic material, electromagnetic structure, etc) to cause resistance to movement. The aforementioned contact and locking process causes a resistance to movement between adjustable harness strap 4*b* (i.e., on any portion of adjustable harness strap 4*b* such as edge sections 67*c* and 67*d* or any surface of adjustable harness strap 4*b*) and braking mechanism portion 31*b* thereby holding (or locking) retainer portion 8*a* in a stationary position at user selected location anywhere on adjustable harness strap 4*b*.

FIG. 4C illustrates a first alternative cross sectional view of retainer apparatus 8 of FIG. 4B taken at cut away line 5A-5A of FIG. 4A, in accordance with embodiments of the present invention. In contrast to FIG. 4B, braking mechanism portion 31*a* comprises a latch (compression) mechanism 43*a* and a spring assembly 41*a* and braking mechanism portion 31*b* comprises a latch (compression) mechanism 43*b* and a spring assembly 41*b*. Latch mechanism 43*a* and spring 41*a* (i.e., compressed) are used to lock (or latch) first section 37*a* to second section 37*b* (i.e., as illustrated in FIG. 4C). In order to release first section 37*a* from second section 37*b*, latch mechanism 43*a* is disengaged from braking mechanism portion 31*a* and moved in a direction 46 thereby relieving pressure on first section 37*a* and second section 37*b* (and spring 41*a*). As latch mechanism 43*a* is moved in direction 46, compressed spring 41*a* is decompressed aiding in movement of latch mechanism 43*a* (in direction 46) and relieving pressure on first section 37*a* and second section 37*b*. The aforementioned process enables retainer portion 8*b* to slidably move along adjustable harness strap 4*a*. In order to lock or latch first section 37*a* to second section 37*b* (and enable braking mechanism portion 31*a*), latch mechanism 43*a* is moved in a direction 45 and locked to braking mechanism portion 31*a* thereby enabling pressure on first section 37*a* and second section 37*b* (and spring 41*a*). Latch mechanism 43*b* and spring 41*b* (i.e., compressed) are used to lock (or latch) first section 38*a* to second section 38*b* (i.e., as illustrated in FIG. 4C). In order to release first section 38*a* from second section 38*b*, latch mechanism 43*b* is disengaged from braking mechanism portion 31*b* and moved in a direction 47 thereby relieving pressure on first section 38*a* and second section 38*b* (and spring 41*b*). As latch mechanism 43*b* is moved in direction 47, compressed spring 41*b* is decompressed aiding in movement of latch mechanism 43*b* (in direction 47) and relieving pressure on first section 38*a* and second section 38*b*. The aforementioned process enables retainer portion 8*a* to slidably move along adjustable harness strap 4*b*. In order to lock or latch first section 38*a* to second section 38*b* (and enable braking mechanism portion 31*b*), latch mechanism 43*b* is moved in a direction 48 and locked to braking mechanism portion 31*b* thereby enabling pressure on first section 38*a* and second section 38*b* (and spring 41*b*).

FIG. 4D illustrates a second alternative cross sectional view of retainer apparatus 8 of FIG. 4B taken at cut away line 5A-5A of FIG. 4A, in accordance with embodiments of the present invention. In contrast to FIG. 4B, first section 37*a* and/or second section 37*b* of braking mechanism portion 31*a* each comprise teeth (or any other type of gripping structure) to lock first section 37*a* and second section 37*b* to adjustable harness strap 4*a* to prevent movement of retainer portion 8*b*. Additionally, first section 38*a* and/or second section 38*b* of braking mechanism portion 31*b* each comprise teeth (or any other type of gripping structure) to lock first section 38*a* and second section 38*b* to adjustable harness strap 4*b* to prevent movement of retainer portion 8*a*.

FIG. 5A illustrates an alternative to FIG. 4A, in accordance with embodiments of the present invention. In contrast to FIG. 4A, adjustable harness strap 4*a* comprises a track apparatus 25 that includes tracks 25*a*-25*c* and adjustable harness strap 4*b* comprises a track apparatus 26 that includes tracks 26*a*-26*c*. Note that although FIG. 5A illustrates track apparatus 25 comprising three tracks (tracks 25*a*-25*c*) and track apparatus 26 comprising three tracks (tracks 26*a*-26*c*), any number of tracks may be used. Track apparatus 25 enables retainer portion 8*b* to move along adjustable harness strap 4*a* (and tracks 25*a*-25*c*). In order to disable movement of retainer portion 8*b*, braking mechanism portion 31*a* is enabled to cause resistance to movement between tracks 25*a*-25*c* and braking mechanism 31*a* (e.g., braking mechanism comprises braking portions that grab tracks 25*a*-25*c*) thereby holding (or locking) retainer portion 8*b* in a stationary position at a user selected location anywhere on adjustable harness strap 4*a*. Track apparatus 25 additionally enables electrical motor/signal receiving device portion 34*a* (i.e., an electrical motor portion) to ride along tracks 25*a*-25*c* upon receiving a user command (i.e., for automatically adjusting a position of retainer portion 8*b*). Electrical motor/signal receiving device portion 34*a* (i.e., an electrical motor portion) may additionally be disabled to cause resistance to movement between tracks 25*a*-25*c* and electrical motor/signal receiving device portion 34*a* to hold (or lock) retainer portion 8*b* in a stationary position at a user selected location anywhere on adjustable harness strap 4*a* (i.e., in addition to or instead of using braking mechanism portion 31*a*). Track apparatus 26 enables retainer portion 8*a* to move along adjustable harness strap 4*b* (and tracks 26*a*-26*c*). In order to disable movement of retainer portion 8*a*, braking mechanism portion 31*b* is enabled to cause resistance to movement between tracks 26*a*-26*c* and braking mechanism 31*b* (e.g., braking mechanism comprises braking portions that grab tracks 26*a*-26*c*) thereby holding (or locking) retainer portion 8*a* in a stationary position at a user selected location anywhere on adjustable harness strap 4*b*. Track apparatus 26 additionally enables electrical motor/signal receiving device portion 34*b* (i.e., an electrical motor portion) to ride along tracks 26*a*-26*c* upon receiving a user command (i.e., for automatically adjusting a position of retainer portion 8*a*). Electrical motor/signal receiving device portion 34*b* (i.e., an electrical motor portion) may additionally be disabled to cause resistance to movement between tracks 26*a*-26*c* and electrical motor/signal receiving device portion 34*b* to hold (or lock) retainer portion 8*a* in a stationary position at a user selected location anywhere on adjustable harness strap 4*b* (i.e., in addition to or instead of using braking mechanism portion 31*b*). Tracks 25*a*-25*c* and 26*a*-26*c* may comprise any type of or shaped track including, inter alia, vertical type tracks, rectangular shaped tracks, triangular shaped tracks, circular shaped tracks, a zipper type track, etc. Tracks 25*a*-25*c* and 26*a*-26*c* may comprise any type of material including, inter alia, plastic, metal, magnetic, a frictional material, etc. Additionally, FIG. 5A illustrates cut away line 5B-5B applicable to the cross sectional view of FIG. 5B as described, infra.

FIG. 5B illustrates a cross sectional view of retainer apparatus 8 taken at cut away line 5B-5B of FIG. 5A, in accordance with embodiments of the present invention. FIG. 5B illustrates a cross sectional view of retainer portions 8*a* and 8*b*, braking mechanism portions 31*a* and 31*b*, electrical motor/signal receiving device portions 34*a* and 34*b*, tracks 25*a*-25*c* and 26*a*-26*c*, and adjustable harness straps 4*a* and 4*b*. Braking mechanism portion 31*a* comprises a first section 52*a* and a second section 52*b*. In order to engage braking

mechanism portion 31a, second section 52b (i.e., comprising braking devices on vertical sections of second section 52b) is enabled such that pressure is applied (i.e., by the braking devices (e.g., spring loaded braking devices, solenoid driven braking devices, etc) on vertical sections of second section 52b) to vertical sections of each of tracks 25a-25c thereby causing a resistance to movement between tracks 25a-25c (of adjustable harness strap 4a) and braking mechanism portion 31a (i.e., the braking devices on vertical sections of second section 52b) thereby holding (or locking) retainer portion 8b in a stationary position at a user selected location anywhere on adjustable harness strap 4a. Alternatively, second section 52b may comprise magnetic structures (e.g., electro/magnetic structures) on vertical sections of second section 52b and tracks 25a-25c comprise a metallic material capable of attraction to a magnetic field. In this case, engaging braking mechanism portion 31a includes enabling the electro/magnetic structures on vertical sections of second section 52b to generate a magnetic field thereby causing the electro/magnetic structures to magnetically hold the electro/magnetic structures to tracks 25a-25c. The aforementioned process holds (or locks) retainer portion 8b in a stationary position at a user selected location anywhere on adjustable harness strap 4a. Braking mechanism portion 31b comprises a first section 54a and a second section 54b. In order to engage braking mechanism portion 31b, second section 54b (i.e., comprising braking devices (e.g., spring loaded braking devices, solenoid driven braking devices, etc.) on vertical sections of second section 54b) is enabled such that pressure is applied (i.e., by the braking devices on vertical sections of second section 54b) to vertical sections of each of tracks 26a-26c thereby causing a resistance to movement between tracks 26a-26c (of adjustable harness strap 4b) and braking mechanism portion 31b (i.e., the braking devices on vertical sections of second section 54b) thereby holding (or locking) retainer portion 8a in a stationary position at a user selected location anywhere on adjustable harness strap 4b. Alternatively, second section 54b may comprise magnetic structures (e.g., electro/magnetic structures) on vertical sections of second section 54b and tracks 26a-26c comprise a metallic material capable of attraction to a magnetic field. In this case, engaging braking mechanism portion 31b includes enabling the electro/magnetic structures on vertical sections of second section 54b to generate a magnetic field thereby causing the electro/magnetic structures to magnetically hold the electro/magnetic structures to tracks 26a-26c. The aforementioned process holds (or locks) retainer portion 8a in a stationary position at a user selected location anywhere on adjustable harness strap 4b.

While embodiments of the present invention have been described herein for purposes of illustration, many modifications and changes will become apparent to those skilled in the art. Accordingly, the appended claims are intended to encompass all such modifications and changes as fall within the true spirit and scope of this invention.

What is claimed is:
1. A retainer apparatus comprising:
   a first retainer portion configured to be slidably attached to a first adjustable harness strap of a car seat;
   a second retainer portion configured to be slidably attached to a second adjustable harness strap of the car seat, wherein said first retainer portion is directly and removably attached to said second retainer portion;
   a wireless transceiver physically contained within at least one of said first retainer portion and said second retainer portion; and
   a sensor comprising a first sensor portion physically contained within said first retainer portion and a second sensor portion physically contained within said second retainer portion, wherein said sensor is configured to detect said first retainer portion being disconnected from said second retainer portion and generate a warning signal indicating said first retainer portion being disconnected from said second retainer portion, and wherein said wireless transceiver is configured to wirelessly transmit said warning signal to a controller in a vehicle to activate an audible warning alert to warn a user in said vehicle of said first retainer portion being disconnected from said second retainer portion.

2. The retainer apparatus of claim 1, wherein said first sensor portion is entirely contained within a surface of said first retainer portion, and wherein said second sensor portion is entirely contained within a surface of said second retainer portion.

3. The retainer apparatus of claim 1, wherein a section of said first sensor portion is co-planer with a surface of said first retainer portion, and wherein a section of said second sensor portion is co-planer with a surface of said second retainer portion.

4. The retainer apparatus of claim 1, wherein said first retainer portion comprises a shape that is symmetrical with respect to said second retainer portion.

5. The retainer apparatus of claim 1, wherein said sensor is in mechanical contact with said first retainer portion and said second retainer portion.

6. The retainer apparatus of claim 1, wherein said retainer apparatus, said first adjustable harness strap and said second adjustable harness strap are comprised by a harness apparatus mechanically attached to said car seat, and wherein said harness apparatus is configured to restrain an occupant of said car seat and prevent said occupant from being ejected from said car seat.

7. The retainer apparatus of claim 1, further comprising said car seat.

8. The retainer apparatus of claim 1, wherein said first retainer portion is configured to clip to said second retainer portion for attachment.

9. The retainer apparatus of claim 1, wherein said sensor is configured to generate said warning signal in response to a motion of said first retainer portion being disconnected from said second retainer portion.

10. The retainer apparatus of claim 1, wherein said sensor is configured to generate said warning signal directly in response to said first retainer portion being disconnected from said second retainer portion.

11. The retainer apparatus of claim 1, wherein said sensor is contained within an interior portion of said first retainer portion and said second retainer portion.

12. The retainer apparatus of claim 1, wherein said sensor comprises a motion detector.

13. The retainer apparatus of claim 1, wherein said controller is integral with said vehicle.

14. The retainer apparatus of claim 1, wherein said controller is in the possession of said user in said vehicle.

15. The retainer apparatus of claim 1, wherein said audible warning alert enables said user in said vehicle to re-secure an individual being restrained by said retainer apparatus.

16. A retainer apparatus comprising:
   a first retainer portion removably attached to a second retainer portion, wherein said first retainer portion is configured to be slidably attached to a first adjustable harness strap of a car seat, and wherein said second

US 11,738,667 B2

11

retainer portion is configured to be slidably attached to a second adjustable harness strap of the car seat;
a wireless transceiver contained within at least one of said first retainer portion and said second retainer portion; and
a sensor comprising a first sensor portion physically contained within said first retainer portion and a second sensor portion physically contained within said second retainer portion, wherein said sensor is configured to detect said first retainer portion being disconnected from said second retainer portion and generate a warning signal indicating said first retainer portion being disconnected from said second retainer portion, wherein said wireless transceiver is configured to wirelessly transmit said warning signal to a controller in a vehicle to activate an audible warning alert to warn a user in said vehicle of said first retainer portion being disconnected from said second retainer portion.

**17**. The retainer apparatus of claim **16**, wherein said controller is in the possession of said user in said vehicle.

**18**. The retainer apparatus of claim **16**, wherein said sensor is configured to generate said warning signal in response to a motion of said first retainer portion being disconnected from said second retainer portion.

**19**. The retainer apparatus of claim **16**, wherein said sensor is configured to generate said warning signal directly

12

in response to said first retainer portion being disconnected from said second retainer portion.

**20**. A method comprising:
removably attaching a first retainer portion, slidably attached to a first adjustable harness strap of a car seat, to a second retainer portion slidably attached to a second adjustable harness strap of the car seat, wherein said first retainer portion and said second retainer portion are comprised by a retainer apparatus;
detecting, by a sensor comprising a first sensor portion physically contained within said first retainer portion and a second sensor portion physically contained within said second retainer portion, said first retainer portion being disconnected from said second retainer portion;
generating, by said sensor, a warning signal indicating said first retainer portion being disconnected from said second retainer portion; and
wirelessly transmitting, by a wireless transceiver within a surface of at least one of said first retainer portion and said second retainer portion, said warning signal to a controller in a vehicle to activate an audible warning alert to warn a user in said vehicle of said first retainer portion being disconnected from said second retainer portion.

\* \* \* \* \*